# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAKOTA THERIOT

NO. 2025 KW 0312

**JUNE 30, 2025**

---

In Re:    Dakota Theriot, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No. 40300.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

      **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the indictment, an application for postconviction relief filed pursuant to La. Code Crim. P. art. 926(D), a legible copy of his indigent mail form showing the date his application was submitted to be mailed, the district court's complete rulings on motions provided for this court to consider, including the motion for production of documents, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before October 1, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT